UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 11-11386 |
|---|---|---|
| Cedrick Nichols | ) ) ) | Chapter: 13 |
| | ) ) | Honorable Jack Schmetterer |
| Debtor(s) | ) ) | |

## ORDER AUTHORIZING LOAN MODIFICATION

      THIS MATTER coming to be heard on Debtor's Motion to Authorize Loan Modification, this Court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED:

1. The motion is granted;

2. Debtor is authorized to modify his mortgage according to the following terms:
   > The monthly payments are $1,670.60 or less
   > With a Fixed interest rate of 5.25% or less
   > With a term of 23 years or less

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: March 11, 2015

**Prepared by:**

Geraci Law, L.L.C.
55 E. Monroe St., Suite 3400
Chicago, IL 60603